Order entered November 14, 2018



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01206-CR

### JOSEPH NEWMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F18-30564-L**

## ORDER

This appeal is **REINSTATED**.

By order entered October 17, 2018, the Court deferred ruling on appellant's October 12, 2018 pro se motions to withdraw his guilty plea and for "free process" to proceed as an indigent on appeal. Because it was unclear whether appellant had been designated as an indigent allowed to proceed on appeal without costs and whether the trial court had appointed counsel to represent appellant on appeal, the Court abated this appeal to allow the trial court to make these determinations and to allow the trial court to prepare a certification of the right to appeal.

The Court has received documents showing that on November 5, 2018, the trial court determined appellant was indigent and appointed April Smith as counsel on appeal. Among the

documents received is a certification of the right to appeal certifying that this is a plea-bargain case and appellant has no right to appeal.

Accordingly, the Court **VACATES** its October 17, 2018 order.

Because appellant is represented by counsel and is not entitled to hybrid representation, the Court **DENIES** appellant's October 12, 2018 pro se motion to withdraw his guilty plea. Because the trial court has determined appellant is indigent, the Court **DENIES AS MOOT** appellant's October 12, 2018 motion for free process.

/s/     LANA MYERS
JUSTICE